FILED

09/30/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 24-0299

FILED
09/30/2024
COMMISSION ON PRACTICE
OF THE SUPREME COURT
OF THE STATE OF MONTANA

COMMISSION ON PRACTICE
301 S. Park Ave., Suite 328
P.O. Box 203002
Helena, Montana 59620-3002
Phone: (406) 841-2976

BEFORE THE COMMISSION ON PRACTICE OF THE

SUPREME COURT OF THE STATE OF MONTANA

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| IN THE MATTER OF MARTHA L. GOODLOE, | ) Supreme Court No. PR 24-0299 |
| | ) ODC File No. 23-139 |
| An Attorney at Law, | ) |
| | ) **ORDER TO VACATE AND CONTINUE** |
| Respondent. | ) **PUBLIC ADMONITION** |
| | ) |
| | ) |
| | ) |

On September 23, 2024, the Respondent filed a Request for Continuance of the Public Admonition that is scheduled for October 8, 2024, at 11:30 a.m., before the Commission on Practice. Prior to receiving the Order to Appear for Public Admonition, Respondent had agreed to meet with a client and three other businessmen from out of state that had already purchased plane tickets and made hotel reservations. Office of Disciplinary Counsel, Pamela Bucy, was contacted by Respondent, and has no objection to the Continuance. With good cause appearing:

IT IS HEREBY ORDERED that the Public Admonition set for October 8, 2024, at 1130 a.m., is hereby Vacated, and will be scheduled at a time to be determined by subsequent Notice served at least 20 days prior to the January 8 – 10, 2025 Commission meeting dates.

DATED this 30th day of September, 2024.

WARD E. TALEFF, CHAIRMAN
COMMISSION ON PRACTICE

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of September, 2024, I served a true and correct copy of the foregoing document by email to the following:

Martha L. Goodloe
Attorney at Law
1603 Jackson Street
Missoula, MT 59802
gpjpclaw@gmail.com

Pam Bucy
Chief Disciplinary Counsel
P.O. Box 1099
Helena, MT 59624-1099
pbucy@montanaodc.org

Shelly Smith, Office Administrator

# CERTIFICATE OF SERVICE

I, Shelly Smith, hereby certify that I have served true and accurate copies of the foregoing Other - Other to the following on 09-30-2024:

Martha L. Goodloe (Attorney)
1603 Jackson Street
Missoula MT 59802
Representing: Martha L. Goodloe
Service Method: eService

Pamela D. Bucy (Attorney)
P.O. Box 1099
Helena MT 59624
Representing: Office of Disciplinary Counsel
Service Method: eService

Ward E. Taleff (Attorney)
300 River Drive North,
Suite 5
GREAT FALLS MT 59401
Service Method: eService
E-mail Address: mick@mtresolutelaw.com

Electronically Signed By: Shelly Smith
Dated: 09-30-2024